1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY C. BONTEMPS,                        No.  2:12-cv-2791 CKD P

12              Plaintiff,

13         v.                                     ORDER AND

14    RON BAYNE, et al.,                          FINDINGS & RECOMMENDATIONS

15              Defendants.

16

17

18         By an order filed July 18, 2013, plaintiff was found to be a "three strikes" litigant and was

19    ordered to pay the $350.00 filing fee for this action within twenty-one days or face dismissal of

20    this action.  (ECF No. 24.)  The twenty-one day period has now expired, and plaintiff has not

21    responded to the court's order or paid the filing fee.  Thus the court will recommend that this

22    action be dismissed without prejudice.[1]

23    /////

24

25    _____
      [1] Defendants have late-filed a statement of consent pursuant to 28 U.S.C. § 636(c), purportedly
26    reserving the right to withdraw consent if this case is reassigned to another magistrate judge.
      (ECF 27.)  Section 636(c) is not a mechanism for the parties to consent to a particular magistrate
27    judge, and consent to magistrate jurisdiction pursuant to this section may be withdrawn only upon
      a showing of good cause.
28

                                                1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to

2    this case.

3        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

4        These findings and recommendations are submitted to the United States District Judge

5    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

6    after being served with these findings and recommendations, any party may file written

7    objections with the court and serve a copy on all parties.  Such a document should be captioned

8    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

9    objections shall be served and filed within fourteen days after service of the objections.  The

10   parties are advised that failure to file objections within the specified time may waive the right to

11   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12   Dated:  August 27, 2013

13                                    _____
                                      CAROLYN K. DELANEY
14                                    UNITED STATES MAGISTRATE JUDGE

15

16

17   2 / bont2791.fifp

18

19

20

21

22

23

24

25

26

27

28

2