1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY C. BONTEMPS,                    No.  2:12-cv-2791 JAM CKD P

12                Plaintiff,

13         v.                                 ORDER

14    RON BAYNE, et al.,

15                Defendants.

16

17

18         This pro se prisoner civil rights action was dismissed on November 21, 2013.  (ECF Nos.

19    34, 35.)  On April 25, 2014, plaintiff filed a "motion for reconsideration."  (ECF No. 36.)

20    Although bearing this case's number, plaintiff's motion recounts the procedural history of another

21    case (id. at 1) and does not specify which order in the instant action he would like reconsidered.

22    Accordingly, plaintiff's motion will be denied without prejudice.

23         IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 36) is

24    denied without prejudice.

25    Dated:  August 14, 2014

26                                        _____
                                          CAROLYN K. DELANEY
27    2 / bont2791.ord                    UNITED STATES MAGISTRATE JUDGE

28